# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1775
Lower Tribunal No. CF13-007520-XX

_____

FREDDIE SOLOMON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Lori A. Winstead, Judge.

February 13, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.

Freddie Solomon, Lowell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED